People v White (2022 NY Slip Op 50197(U))

[*1]

People v White (Lee)

2022 NY Slip Op 50197(U) [74 Misc 3d 133(A)]

Decided on March 15, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 15, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead P.J., Brigantti, Hagler, JJ.

570178/19

The People of the State of New York,
Respondent,
against
Lee White, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Ilana J. Marcus, J.), rendered February 28, 2019, convicting him, upon his plea of
guilty, of disorderly conduct, and imposing sentence. 
Per Curiam.

Judgment of conviction (Ilana J. Marcus, J.), rendered February 28, 2019, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v
California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have
reviewed this record and agree with defendant's assigned counsel that there are no nonfrivolous
issues that could be raised on this appeal. 
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: March 15, 2022